PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# LIST OF EXHIBITS

**EXHIBIT A:**  Copy of the Order of the Immigration Judge Granting the Plaintiff, Yan Jin's Asylum Application

**EXHIBIT B:**  Copy of a Receipt of Form I-485, Application to Register Permanent Residence or Adjust Status by the Texas Center, Which Was Dated on April 15, 2013

**EXHIBIT C:**  Copy of Appointment Notice for Capturing Biometrics

**EXHIBIT D:** USCIS Processing Time Information for the West Palm Beach FL Field Office

**EXHIBIT E:**  USCIS Processing Time Information for the Texas Service Center

**EXHIBIT F:** Copies of Emails, Appointment Notices and Co-responses to/from the USCIS:

> **F1.** The Emails, calls and Co-responses to/from the USCIS between the Petitioners and the USCIS while the Petitioners were residing in New York during the period from November of 2013 to February 2014;
>
> **F2.** The Emails, calls and Co-responses to/from the USCIS between the Petitioners and the USCIS after the Petitioners moved to West Palm Beach, Florida during the period from June of 2014 to December 2014;
>
> **F3.** The Emails to/from the U.S. Senator for Florida, Marco Rubio;
>
> **F4.** The Copies of the Petitioners' confirmations for the appointments via *Infopass*.
>
> **F5.** A copy of one of those responses from USCIS to the Plaintiffs showed an incorrect receipt and alien number for Ms. Jin.

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT A

## COPY OF THE ORDER OF THE IMMIGRATION JUDGE GRANTING THE PLAINTIFF, YAN JIN'S ASYLUM APPLICATION

IMMIGRATION COURT
26 FEDERAL PLZ 12TH FL., RM1237
NEW YORK, NY  10278

In the Matter of

JIN, YAN                                    Case No.: A087-799-469
    Respondent

                                    IN REMOVAL PROCEEDINGS

            ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on 4/10/12 .
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.
[  ]  The respondent was ordered removed from the United States to
      or in the alternative to .
[  ]  Respondent's application for voluntary departure was denied and
      respondent was ordered removed to  or in the
      alternative to .
[  ]  Respondent's application for voluntary departure was granted until
      upon posting a bond in the amount of $ _____
      with an alternate order of removal to .
Respondent's application for:
[  ]  Asylum was (  )granted  (  )denied(  )withdrawn.
[  ]  Withholding of removal was (  )granted (  )denied  (  )withdrawn.
[  ]  A Waiver under Section _____ was (  )granted (  )denied  (  )withdrawn.
[  ]  Cancellation of removal under section 240A(a) was (  )granted  (  )denied
      (  )withdrawn.
Respondent's application for:
[  ]  Cancellation under section 240A(b)(1) was (  ) granted  (  ) denied
      (  ) withdrawn.  If granted, it is ordered that the respondent be issued
      all appropriate documents necessary to give effect to this order.
[  ]  Cancellation under section 240A(b) (2) was  (  )granted (  )denied
      (  )withdrawn.  If granted it is ordered that the respondent be issued
      all appropriated documents necessary to give effect to this order.
[  ]  Adjustment of Status under Section _____ was  (  )granted  (  )denied
      (  )withdrawn.  If granted it is ordered that the respondent be issued
          all appropriated documents necessary to give effect to this order.
[  ]  Respondent's application of (  ) withholding of removal  (  ) deferral of
      removal under Article III of the Convention Against Torture was
      (  ) granted  (  )  denied  (  )  withdrawn.
[  ]  Respondent's status was rescinded under section 246.
[  ]  Respondent is admitted to the United States as a _____ until _____ .
[  ]  As a condition of admission, respondent is to post a $ _____ bond.
[  ]  Respondent knowingly filed a frivolous asylum application after proper
      notice.
[  ]  Respondent was advised of the limitation on discretionary relief for
      failure to appear as ordered in the Immigration Judge's oral decision.
[  ]  Proceedings were terminated.
[  ]  Other: _____
      Date: 4/10/12

                                    _____
                                    ELIZABETH A. LAMB
                                    Immigration Judge

    Appeal: Waived/Reserved     Appeal Due By:

ALIEN NUMBER: 087-799-469

ALIEN NAME: JIN, YAN

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)     PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [✓] ALIEN's ATT/REP   [ ] DHS
DATE: _____  BY: COURT STAFF _____
      Attachments:  [ ] EOIR-33  [ ] EOIR-
28  [ ] Legal Services List  [ ] Other

Q6

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT B

## COPY OF A RECEIPT OF FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS BY THE TEXAS CENTER ON APRIL 15, 2013

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | April 17, 2013 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-485, Application to Register Permanent Residence or Adjust Status | A087799470 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| SRC1390252988 | April 15, 2013 | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | **DATE OF BIRTH** |
| | | August 02, 1974 |

**PAYMENT INFORMATION:**

JIE CHEN
15405 58TH AVE
FLUSHING, NY 11355          6   923

| | |
|---|---|
| Application/Petition Fee: | $985.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,070.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing. This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| Texas Service Center | |
| P.O. Box 851488 |  |
| Mesquite, TX  75185-1488 | |

Form I-797C Lockbox (LB)  01/02/12 Y

UNITED STATES OF AMERICA (16 FEB 1975)
EMPLOYMENT AUTHORIZATION CARD

Surname
JIN
Given Name
YAN
USCIS#     Category Card#
087-799-489   A05    LIN1480008932
Country of Birth
China, People's Republic
Terms and Conditions
None
Date of Birth      Sex
16 FEB 1975   F
Valid From:    04/23/14
Card Expires:   04/22/16
NOT VALID FOR REENTRY TO U.S.

Yan, M

---

# DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB No. 1651-0111

**Departure Record**

Admission Number

**277664706 24**

☐☐☐☐☐☐☐☐☐☐☐☐☐☐

**A87799469**

*I J Grant*

18. Family Name

**JIN**

*NYC*

19. First (Given) Name        20. Birth Date (DD/MM/YY)

**YAN**              **16/2/75**

21. Country of Citizenship

CBP Form I-94 (05/08)

See Other Side                    **STAPLE HERE**

---

**Warning** A nonimmigrant who accepts unauthorized employment is subject to deportation.
*Important* Retain this permit in your possession; *you must surrender it when you leave the U.S.*
Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date,
without permission from Department of Homeland Security authorities, is a violation of the law.
**Surrender this permit when you leave the U.S.:**
- By sea or air, to the transportation line;
- Across the Canadian border, to a Canadian Official;
- Across the Mexican border, to a U.S. Official
Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-
Departure" on page 2 of Form I-20 prior to surrendering this permit.

**Record of Changes**

*Asylum Granted by IJ on*
*April 10, 2012*

Port:                              **Departure Record**

Date:

Carrier:

Flight No./ Ship Name:

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

**Departure Record**

Admission Number

277665009 24

A87799470

18. Family Name

CHEN

*I J GRANT*

*NYC*

19. First (Given) Name

JIE

20. Birth Date (DD/MM/YY)

02/08/74

21. Country of Citizenship

CHINA

CBP Form I-94 (05/08)

See Other Side

STAPLE HERE

---

**Warning** A nonimmigrant who accepts unauthorized employment is subject to deportation.
**Important** Retain this permit in your possession; *you must surrender it when you leave the U.S.*
Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To remain past this date,
without permission from Department of Homeland Security authorities, is a violation of the law.
**Surrender this permit when you leave the U.S.:**
  - By sea or air, to the transportation line;
  - Across the Canadian border, to a Canadian Official;
  - Across the Mexican border, to a U.S. Official
Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-
Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

**Record of Changes**

*Asylum Granted by IJ on*

*April 16, 2013*

**Departure Record**

**Port:**

**Date:**

**Carrier:**

**Flight No./ Ship Name:**



**Surname**
CHEN
**Given Name**
JIE
**USCIS#**        **Category** **Card#**
087-799-470  A05   LIN1480009626
**Country of Birth**
China, People's Republic
**Terms and Conditions**
None
**Date of Birth**        **Sex**
02 AUG 1974  M
**Valid From:**        04/22/14
**Card Expires:**        04/21/15
**NOT VALID FOR REENTRY TO U.S.**



**U.S. Citizenship
and Immigration
Services**

This card is not evidence of U.S. citizenship or permanent residence.
This document is void if altered, and may be revoked by the U.S. Government.
The person identified is authorized to work in the U.S. for the validity of this card.

FORM I-766 Rev. (12-2010)

If found, drop in any US Mailbox   USPS  Mail to USCIS, PO Box 82521, Lincoln, NE 68501-2521

IAUSA0877994705LIN1480009626<<
7408029M1504217CHN<<<<<<<<<<<4
CHEN<<JIE<<<<<<<<<<<<<<<<<<<<<<

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT C

## COPY OF APPOINTMENT NOTICE
## FOR CAPTURING BIOMETRICS

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | | APPLICATION NUMBER<br>SRC1390252987 | | NOTICE DATE<br>4/19/2013 |
| --- | --- | --- | --- | --- |
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | | SOCIAL SECURITY NUMBER | USCIS A#<br>A087799469 | CODE<br>3 |
| | | TCR | SERVICE CENTER<br>TSC | PAGE<br>1 of 1 |

YAN JIN
15405 58TH AVE
FLUSHING, NY 11355



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

**APPLICATION SUPPORT CENTER**

USCIS - JACKSON AVENUE
27-35 JACKSON AVENUE
LONG ISLAND CITY, NY 11101

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**DATE AND TIME OF APPOINTMENT**
05/13/2013
3:00 PM

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Applicants must bring their Permanent Resident Card/Resident Alien Card, or a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

**REQUEST FOR RESCHEDULING**

[ ] Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to BPU, Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586

APPLICATION NUMBER
I485   -   SRC1390252987



**If you have any questions regarding this notice, please call 1-800-375-5283.**

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**Please see the back of this notice for important information.**

Form I-797C  01/02/12 Y

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT D

## USCIS PROCESSING TIME INFORMATION FOR THE WEST PALM BEACH FL FIELD OFFICE



**U.S. Citizenship and Immigration Services**

Home | Español | Site Map

Search    [Search]

FORMS     NEWS     RESOURCES     LAWS     OUTREACH     ABOUT US

## USCIS Processing Time Information

[Print This Page]    [Back]

### USCIS Processing Time Information for the
### West Palm Beach FL Field Office

Posted: December 23, 2014

### Instructions for Using the Chart

The chart will show most of the types of forms processed at the field office or service center. You can select the form type that applies to your case from the drop-down menu.

If the field office or service center is meeting its goal for processing a form, you will find the timeframe listed in months. For example, if the office is processing Form N-400 naturalization applications in five months or less, then the chart will say "5 months." However, if the office is experiencing a processing delay, you will find the filing date of the last case that the office completed before updating the chart.

**Field Office Processing Dates for West Palm Beach FL as of: October 31, 2014**

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-485 | Application to Register Permanent Residence or to Adjust Status | May 16, 2014 |
| N-400 | Application for Naturalization | 5 Months |
| N-600 | Application for Certification of Citizenship | May 30, 2014 |

[Print This Page]    [Back]

Contact Us          White House.gov          U.S. Department of Homeland Security     Freedom of Information Act (FOIA)
Site Map (index)    US Department of State   US Customs & Border Patrol              No FEAR Act
Careers at USCIS    USA.gov                  US Immigration & Customs Enforcement    Website Policies
Adobe PDF Reader                                                                     Privacy Policy
Windows Media Player                                                                 Accessibility

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT E

# USCIS PROCESSING TIME INFORMATION FOR THE TEXAS SERVICE CENTER

12/24/14
U.S. Citizenship and Immigration Services - USCIS Processing Time Information



**U.S. Citizenship and Immigration Services**

Home | Español | Site Map

Search     **Search**

FORMS    NEWS    RESOURCES    LAWS    OUTREACH    ABOUT US

## USCIS Processing Time Information

Print This Page   Back

### USCIS Processing Time Information for the Texas Service Center

Posted: December 23, 2014

### Instructions for Using the Chart

The chart will show most of the types of forms processed at the field office or service center. You can select the form type that applies to your case from the drop-down menu.

If the field office or service center is meeting its goal for processing a form, you will find the timeframe listed in months. For example, if the office is processing Form N-400 naturalization applications in five months or less, then the chart will say "5 months." However, if the office is experiencing a processing delay, you will find the filing date of the last case that the office completed before updating the chart.

### Important Information About Form I-765, Application for Employment Authorization

You can now submit inquiries about the status of your Form I-765 after your case has been pending more than 75 days.

- Please note that for Form I-765 category (c)(8), based on a pending asylum application, the processing timeframes listed only apply to an initial filing.
- Please note that the 90-day period for adjudicating Form I-765 category (c)(33) filed together with Form I-821D, requesting deferred action for childhood arrivals, does not begin until we have made a decision on your request for deferred action.

**Field Office Processing Dates for Texas Service Center as of: October 31, 2014**

| Form | Title | Classification or Basis for Filing: | Processing Timeframe: |
|---|---|---|---|
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | April 7, 2014 |
| I-129F | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | May 6, 2014 |
| I-129F | Petition for Alien Fiance(e) | K-3/K-4 - Already married - spouse and/or dependent child | May 6, 2014 |
| I-130 | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | April 14, 2014 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | May 2, 2014 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | May 15, 2014 |
| I-130 | Petition for Alien Relative | Permanent resident filling for an unmarried son or daughter over 21 | April 14, 2014 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | May 15, 2014 |
| I-130 | Petition for Alien Relative | U.S. citizen filing for a brother or sister | May 15, 2014 |
| I-131 | Application for Travel Document | Refugee or asylee applying for a refugee travel document | 3 Months |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | 3 Months |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | 3 Months |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | 3 Months |
| I-131 | Application for Travel Document | All other applicants for advance parole | 3 Months |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | June 27, 2014 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | 4 Months |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | 4 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 5 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | May 1, 2014 |
| I-485 | Application to Register Permanent Residence or to Adjust | | |

| | | | |
|---|---|---|---|
| **I-485** | Status | Based on grant of asylum more than 1 year ago | 4 Months |
| **I-601** | Application for Waiver of Grounds of Inadmissibility | Waiver of Grounds of Inadmissibility | 4 Months |
| **I-730** | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | 5 Months |
| **I-751** | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | 6 Months |
| **I-765** | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 3 Months |
| **I-765** | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 3 Weeks |
| **I-765** | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | 3 Months |
| **I-765** | Application for Employment Authorization | Based on an approved, concurrently filed, I-821D, Consideration of Deferred Action for Childhood Arrivals (c)(33). | 90 Days |
| **I-765** | Application for Employment Authorization | All other applications for employment authorization | 3 Months |
| **I-817** | Application for Family Unity Benefits | Voluntary departure under the family unity program | February 3, 2014 |
| **I-821D** | Consideration of Deferred Action for Childhood Arrivals | Request for Deferred Action | April 2, 2014 |
| **I-821D** | Consideration of Deferred Action for Childhood Arrivals | Renewal | 3.5 Months |
| **I-824** | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | January 21, 2014 |
| **N-565** | Application for Replacement Naturalization/Citizenship Document | U.S. citizen applying for a replacement of naturalization or citizenship certificate | February 4, 2014 |

Print This Page | Back

Contact Us
Site Map (Index)
Careers at USCIS
Adobe PDF Reader
Windows Media Player

White House.gov
US Department of State
USA.gov

U.S. Department of Homeland Security
US Customs & Border Patrol
US Immigration & Customs Enforcement

Freedom of Information Act (FOIA)
No FEAR Act
Website Policies
Privacy Policy
Accessibility

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

]

# EXHIBIT F

## COPIES OF EMAILS, APPOINTMENT NOTICES AND CO-RESPONSES TO/FROM THE USCIS

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT F1

**THE EMAILS, CALLS AND CO-RESPONSES
TO/FROM THE USCIS BETWEEN THE
PETITIONERS AND THE USCIS WHILE THE
PETITIONERS WERE RESIDING IN NEW
YORK DURING THE PERIOD FROM
NOVEMBER OF 2013 TO FEBRUARY 2014**

Gmail - Your recent inquiry (receipt #SRC-13-902-52987)                                    Page 1 of 2



YAN JIN <jy.usip@gmail.com>

## Your recent inquiry (receipt #SRC-13-902-52987)

3 messages

**USCIS** <USCIS-CaseStatus@dhs.gov>                                    Sat, Nov 16, 2013 at 2:10 PM
To: JY.USIP@gmail.com

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

U.S. Citizenship and Immigration Services
Saturday, November 16, 2013

Emailed to JY.USIP@GMAIL.COM

Dear Yan Jin:

On 11/15/2013 you, or the designated representative shown below, contacted us about your case.  Some
of the key information given to us at that time was the following:

Caller indicated they are:
 -- Applicant or Petitioner

Attorney Name:
 -- Information not available

Case type:
 -- I485

Filing date:
 -- 04/17/2013

Receipt #:
 -- SRC-13-902-52987

Referral ID:
T1B3191303263TSC
Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- 087799469

Type of service requested:
 -- Outside Normal Processing Times


The status of this service request is:

On 11/15/2013, you or your representative contacted USCIS to notify us that you believe your case is
outside of our normal processing time. Below is a summary of what we found and how the issue has been
or may be resolved.

Our records show that your case is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

XM1268
-----------------------------------
Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).


**YAN JIN** <jy.usip@gmail.com>                                              Sat, Nov 16, 2013 at 2:37 PM
To: "jie.jerry.chen" <jie.jerry.chen@gmail.com>

   [Quoted text hidden]


**YAN JIN** <jy.usip@gmail.com>                                              Wed, Nov 5, 2014 at 2:49 PM
Draft To: tsc.ncscfollowup@dhs.gov



---------- Forwarded message ----------
From: **USCIS** <USCIS-CaseStatus@dhs.gov>
Date: Sat, Nov 16, 2013 at 2:10 PM
Subject: Your recent inquiry (receipt #SRC-13-902-52987)
To: JY.USIP@gmail.com


   [Quoted text hidden]



YAN JIN <jy.usip@gmail.com>

## Please help to follow up and push resident card process SRC-13-902-52987

2 messages

**YAN JIN** <jy.usip@gmail.com>                                          Tue, Nov 26, 2013 at 9:33 PM
To: tsc.ncscfollowup@dhs.gov

Dear officer:

The purpose of my email is going to ask for help to push my resident card's application process.

My name is Yan Jin; receipt number is SRC 13-902-52987, alien number is A087799469. The I-797C form received indicates my application
was received by USCIS on Apr 15,2013. My biometrics information was processed on May 13,2013.
My husband is Jie Chen, receipt number is SRC 13-902-52988, alien number is A087799470 who applied resident card on the same
day as mine.

During this waiting period, there is no further information from USCIS. On Nov 15,2013. I called National Customer Service center and got a referral
ID which is T1B3191303263TSC. However, our resident card application status doesn't make any progress.

I am a granted asylee. United States of America embraced my family. After I suffered the darkness, I feel so grateful this great country
enlightened my life. I am GPA 3.62 senior student of CUNY college now. My husband is a GPA 4 student who is on his way to be an
anesthetist. We are ready to contribute what we can for this country. This resident card is very important for our family.
We believe we can do more if we can obtain residents card earlier.

Now, it is 7 months past. I hope you can help us after you read my email.

Thank you very much

Yan Jin

---

**NCSCfollowup, TSC** <TSC.NCSCfollowup@uscis.dhs.gov>                      Thu, Jan 16, 2014 at 2:39
                                                                                            PM
To: YAN JIN <jy.usip@gmail.com>

The email inquiry you sent to the Texas Service Center NCSC Follow-up email account contains
Personally Identifiable Information (PII). As such, our response to this inquiry must be protected
pursuant to the Privacy Release Act of 1974. The below is our response and is redacted to protect
personal identities.

Thank you for contacting the Texas Service Center National Customer Service Center (NCSC) Follow-
Up e-mail account. Our records show that your INSERT FORM TYPE is currently pending
adjudication. We regret that we are unable to provide you with a completion date at this time. We
apologize for the delay.

We hope this information is helpful and appreciate your continued patience. We hope this information is helpful.


XM1260

Immigration Services Officer

USCIS - Texas Service Center


WARNING: This document is FOR OFFICIAL USE ONLY. It contains information that may be exempt from public release under the Freedom of Information ACT (5 U.S.C. 552). This document is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy related to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need to know" without prior authorization from the originator. If you have received this document by mistake, please contact the originator for specific handling and destruction procedures.


**From:** YAN JIN [mailto:jy.usip@gmail.com]
**Sent:** Tuesday, November 26, 2013 8:33 PM
**To:** NCSCfollowup, TSC
**Subject:** Please help to follow up and push resident card process SRC-13-902-52987


Dear officer:


The purpose of my email is going to ask for help to push my resident card's application process.


My name is Yan Jin; receipt number is SRC 13-902-52987, alien number is Axxx. The I-797C form received indicates my application

was received by USCIS on Apr 15,2013. My biometrics information was processed on May 13,2013.

My husband is Jie Chen, receipt number is SRC 13-902-52988, alien number is Axxx who applied resident card on the same

day as mine.


During this waiting period, there is no further information from USCIS. On Nov 15,2013. I called National Customer Service center and got a referral

ID which is T1B3191303263TSC. However, our resident card application status doesn't make any progress.

I am a granted asylee. United States of America embraced my family. After I suffered the darkness, I feel so grateful this great country

enlightened my life. I am GPA 3.62 senior student of CUNY college now. My husband is a GPA 4 student who is on his way to be an

anesthetist. We are ready to contribute what we can for this country. This resident card is very important for our family.

We believe we can do more if we can obtain residents card earlier.


Now, it is 7 months past. I hope you can help us after you read my email.


Thank you very much


Yan Jin

Gmail - require for investigate abnormal long waiting for I-485 application Yan Jin over 8...   Page 1 of 2



YAN JIN <jy.usip@gmail.com>

---

**require for investigate abnormal long waiting for I-485 application Yan Jin over 8 months**
1 message

YAN JIN <jy.usip@gmail.com>                                    Sun, Dec 15, 2013 at 1:20 PM
To: SCOPSSCATA@dhs.gov

Dear officer:

The purpose of my email is going to ask for help to push my resident card's application (I-485) process.

My name is Yan Jin; receipt number is SRC 13-902-52987, alien number is A087799469. The I-797C form received indicates my application was received by USCIS on Apr 15,2013. My biometrics information was processed on May 13,2013.

My husband is Jie Chen, receipt number is SRC 13-902-52988, alien number is A087799470 who applied resident card on the same day as mine; biometrics information date is also same.

During this 8 months waiting period, there is no further information from USCIS. The USCIS web site shows the status "acceptance".
On Nov 15,2013, I called National Customer Service center and got a referral ID which is T1B3191303263TSC. However, our resident card application status doesn't make any progress.

I am a granted asylee. United States of America embraced my family. After I suffered the darkness, I feel so grateful this great country enlightened my life. I am GPA 3.62 senior student of CUNY York College now. My husband is a GPA 4 student who is on his way to be an anesthetist. We are ready to contribute what we can for this country. This resident card is very important for our family.
I need it to apply airport intern job; my husband needs it to apply for medical school.
We believe we can do more if we can obtain residents card earlier. However, right now, neither of us can go further for our career or academic application.

I hope you can help us after you read my email. BTW, the attachment is my transcript.

1/24/2014

Case Assistance Submission Worksheet (CIS Ombudsman Form DHS-7001) - Confirmation

🖨 Print Confirmation Page

OMB 1601-0004; Exp. 12/31/2014

Case Assistance (DHS-7001)

**Homeland Security**

Citizenship and Immigration Services Ombudsman

## Confirmation

**Case Number:** 20140386
**Date:** 1/24/2014

**Ombudsman's Office Contact Information**

Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Attention: Case Assistance
Mail Stop 0180
Washington, DC 20528-0180
Fax Number: 202-357-0042

**If you do not receive a confirmation email in connection with your request to the Ombudsman's Office, please contact our office by email at cisombudsman@hq.dhs.gov or by calling us at 1-855-882-8100 (toll-free) or 202-357-8100 (local).**

**Personal Identification Information:**

Mrs. Yan Jin
15405 58TH AVE
Address 2
Flushing, NY 11355 US
Email Address: jy.usip@gmail.com
Phone Number: 3474763566
A Number: 087799469

Back to **Form DHS-7001**

Go to **www.dhs.gov/cisombudsman**

Your data has been submitted.

1/1

Gmail - CISOMB Case Number 20140386 for Yan Jin



YAN JIN <jy.usip@gmail.com>

## CISOMB Case Number 20140386 for Yan Jin
5 messages

**cisombudsman service** <cisombudsman@hq.dhs.gov>                    Fri, Jan 24, 2014 at 12:22 PM
To: Yan Jin <jy.usip@gmail.com>

Dear Sir/Madam,

Thank you for the recent request for assistance that you submitted to the Office of the Citizenship
and Immigration Services Ombudsman.  Your submission is being reviewed to determine how our
office may assist.  If we are able to help, you will receive correspondence regarding the inquiry
from our office within 45 business days.  If our office is unable to assist, we will notify you
promptly.

You may contact us at 1-855-882-8100 (toll-free), (202) 357-8100 (local) or
cisombudsman@hq.dhs.gov.  Please reference case number  20140386 if you have any questions
or need further assistance.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security DB1KM2TD3NC4
Washington, DC 20528-0180
Toll-Free: 1-855-882-8100
Phone: 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman

**YAN JIN** <jy.usip@gmail.com>                                      Mon, Aug 18, 2014 at 12:52 PM
To: cisombudsman service <cisombudsman@hq.dhs.gov>

Ombudsman:

My case number is 20140386. My green card application is still in abnormal processing. The unreasonable
long waiting causes the great inconvenience and pain to my life.
Since the pending situation, I had to renew my EAD card. The extra expense gave burden  to my family.

If this problem cannot solve, I have to use law to protect myself. This will be another expense to me and
waste of taxpayer's money.

Please help my case.

Yan Jin
[Quoted text hidden]

**cisombudsman** <cisombudsman@hq.dhs.gov>                    Mon, Aug 18, 2014 at 1:27 PM
To: YAN JIN <jy.usip@gmail.com>

Dear Sir or Madam,

The Ombudsman's Office has sent a follow up inquiry to the U.S. Citizenship and Immigration Services
(USCIS) regarding your request for assistance.

We will notify you when we receive a response from USCIS.

If your issue has been resolved or you no longer need assistance from the Ombudsman's Office, please
contact us at cisombudsman@hq.dhs.gov and reference inquiry number 20140386.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security DB1KM2TD3NC4
Washington, DC 20528-0180
Toll-Free: 1-855-882-8100
Phone: 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman


/mb


**From:** YAN JIN [mailto:jy.usip@gmail.com]
**Sent:** Monday, August 18, 2014 12:53 PM
**To:** cisombudsman
**Subject:** Re: CISOMB Case Number 20140386 for Yan Jin

[Quoted text hidden]

**YAN JIN** <jy.usip@gmail.com>                              Thu, Oct 30, 2014 at 10:08 PM
To: cisombudsman <cisombudsman@hq.dhs.gov>

Dear Ombudsman:

Now, it is 1 year and 8 months since I applied for my I-485 application. USCIS does nothing to put my case
onto a regular track. "Pending Adjudication" is meaningless to be a reasonable explanation.

This unreasonable delay seriously affects my life in education, job seeking, etc. I do hope someone can
help to pull my application out of this "black hole".

Free is precious. Life is too short. Please don't let me suffer this torture.

Thank you

Yan Jin
[Quoted text hidden]

**cisombudsman** <cisombudsman@hq.dhs.gov>                   Mon, Nov 3, 2014 at 9:37 AM



To: YAN JIN <jy.usip@gmail.com>

Thank you for your request for assistance for your client's case.  Our office will continue to monitor USCIS's progress on a regular basis, but we do not have any current updates.

In the event that you receive new information or experience changed circumstances, please notify us by email atcisombudsman@hq.dhs.gov. Please reference "New/Urgent Inquiry Number XXX" in the subject line, and describe in detail your situation. Another analyst will be tracking this inquiry and so please direct all follow up inquiries to the email address above and DO NOT REPLY to this address, so that we may assist you.

Thank you for your patience as we work with USCIS to resolve your inquiry.

Office of the CIS Ombudsman/RW


**From:** YAN JIN [mailto:jy.usip@gmail.com]
**Sent:** Thursday, October 30, 2014 10:08 PM

[Quoted text hidden]

[Quoted text hidden]



YAN JIN <jy.usip@gmail.com>

## Your recent inquiry (receipt #SRC-13-902-52987)
3 messages

**USCIS** <USCIS-CaseStatus@dhs.gov>                    Thu, Jan 30, 2014 at 8:45 AM
To: jy.usip@gmail.com

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

U.S. Citizenship and Immigration Services
Thursday, January 30, 2014

Emailed to jy.usip@gmail.com

Dear Yan Jin:

On 01/15/2014 you, or the designated representative shown below, contacted us about your case. Some
of the key information given to us at that time was the following:

Caller indicated they are:
 -- Applicant or Petitioner

Attorney Name:
 -- Information not available

Case type:
 -- I485

Filing date:
 -- 04/19/2013

Receipt #:
 -- SRC-13-902-52987

Referral ID:
SR10151404027TSC
Beneficiary (if you filed for someone else):
 -- Information not available

Your USCIS Account Number (A-number):
 -- 087799469

Type of service requested:
 -- Outside Normal Processing Times

The status of this service request is:

We have received your service request and researched the status of your case. Our system indicates that
your case is currently under extended review and this has caused a delay in processing time. Moreover,
we regret that we are unable to provide you with a completion date at this time. We apologize for the delay

Gmail - Your recent inquiry (receipt #SRC-13-902-52987)                                              Page 2 of 2

and appreciate your continued patience. Lastly, we do not require any actions from you at this time.

Thank you,
XM1313
===

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must
submit Form AR-11 AND notify this office of their change of address, within 10 days from when they move
(persons in "A" or "G" nonimmigrant status are exempt from this requirement). To notify this office of a
move, visit our website at: www.uscis.gov or call the National Customer Service Center at 1-800-375-5283.
The Form AR-11 can be downloaded from our website or you can call the National Customer Service
Center at 1-800-375-5283 and we can order one for you. Instructions for filing the Form AR-11, including
mailing instructions, are included on the Form.
U.S. Citizenship and Immigration Services

---

**YAN JIN** <jy.usip@gmail.com>                                                    Thu, Jan 30, 2014 at 9:21 AM
To: "jie. jerry. chen" <jie.jerry.chen@gmail.com>

[Quoted text hidden]

---

**YAN JIN** <jy.usip@gmail.com>                                                    Tue, Mar 11, 2014 at 4:35 PM
To: USCIS <USCIS-CaseStatus@dhs.gov>

Dear officer:

It is about 11 months since I submitted my I-485 petition. The abnormal long waiting disturbs my life.
Whatever I tell you how much my family and I can contribute for this society if I can get the green card, I
know you won't care about that. However, this is my life; I will struggle for that.

I think I have right to know what happened to my case, what makes it process such long, irregular period;
what effort I should do. Please do something help me instead of just replying "wait". I understand the next
procedure is suing if the processing period is over two years. If I have to step to that, I feel very depressed
that you are wasting tax-payers' money.

If you take a look of my record, you can find I was diagnosed as "PTSD". These days, I start to feel very
depressed when I think about this case. I feel my life will be ruined again by an invisible hand. That makes
me tearing and feel deep depressed. I thought I could step into new life but I feel hopeless now. I can't
sleep for nights. These symptoms tell me the "PTSD" is back.

I have to inform you that I am tremendously afflicted by you. Please do something for my case. I was
granted by immigration court; you executive department has no right to uphold my petition over such long,
abnormal period.

Yan Jin

[Quoted text hidden]

11/5/2014                          Gmail - Your recent inquiry (receipt #SRC-13-902-52988)

 **GMail**
by Google

jerry chen <jie.jerry.chen@gmail.com>

## Your recent inquiry (receipt #SRC-13-902-52988)
1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                          Mon, Feb 24, 2014 at 8:25 AM
To: jie.jerry.chen@gmail.com

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185

U.S. Citizenship and Immigration Services
Monday, February 24, 2014

Emailed to jie.jerry.chen@gmail.com

Dear Jie Chen:

On 02/17/2014 you, or the designated representative shown below, contacted us about your case.  Some of the
key information given to us at that time was the following:

Caller indicated they are:
— Applicant or Petitioner

Attorney Name:
— Information not available

Case type:
— I485

Filing date:
— 04/17/2013

Receipt #:
— SRC-13-902-52988

Referral ID:
SR10481400896TSC
Beneficiary (if you filed for someone else):
— Information not available

Your USCIS Account Number (A-number):
— 087799469

Type of service requested:
— Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-485 to notify us that you believe
your case is outside of our normal processing time. Below is a summary of what we found and how the issue
has been or may be resolved.

Our records show that your Form I-485 is currently pending adjudication. We regret that we are unable to provide

you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

XM1307

If you have any further questions, please call the National Customer Service Center 1-800-375-5283.

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE, TX 75185



# U.S. Citizenship and
# Immigration Services

Friday, May 2, 2014

JIE CHEN
15405 58TH AVE
FLUSHING NY 11355

Dear Jie Chen:

On 04/17/2014 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| Caller indicated they are: | Applicant or Petitioner |
|---|---|
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/17/2013 |
| **Receipt #:** | SRC-13-902-52988 |
| **Referral ID:** | SRI1071402800TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A087799470 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

On April 17, 2014 you or your representative contacted USCIS concerning your Form I-485 to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

Our records show that your I-485 is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

If you have any further questions, please call the National Customer Service Center 1-800-375-5283.

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

Thank you,
XM1259

-----------------------------------
Online Services



jerry chen <jie.jerry.chen@gmail.com>

## Your recent inquiry (receipt #SRC-13-902-52988)

1 message

**USCIS** <USCIS-CaseStatus@dhs.gov>                           Mon, Feb 24, 2014 at 8:25 AM
To: jie.jerry.chen@gmail.com

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

U.S. Citizenship and Immigration Services
Monday, February 24, 2014

Emailed to jie.jerry.chen@gmail.com

Dear Jie Chen:

On 02/17/2014 you, or the designated representative shown below, contacted us about your case. Some of the
key information given to us at that time was the following:

Caller indicated they are:
– Applicant or Petitioner

Attorney Name:
– information not available

Case type:
– I485

Filing date:
– 04/17/2013

Receipt #:
– SRC-13-902-52988

Referral ID:
SR10481400896TSC
Beneficiary (if you filed for someone else):
– Information not available

Your USCIS Account Number (A-number):
– 087799469

Type of service requested:
– Outside Normal Processing Times

The status of this service request is:

Recently, you or your representative contacted USCIS concerning your Form I-485 to notify us that you believe
your case is outside of our normal processing time. Below is a summary of what we found and how the issue
has been or may be resolved.

Our records show that your Form I-485 is currently pending adjudication. We regret that we are unable to provide



U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185



# U.S. Citizenship and Immigration Services

Friday, May 2, 2014

JIE CHEN
15405 58TH AVE
FLUSHING NY 11355

Dear Jie Chen:

On 04/17/2014 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/17/2013 |
| **Receipt #:** | SRC-13-902-52988 |
| **Referral ID:** | SRI1071402800TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A087799470 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

On April 17, 2014 you or your representative contacted USCIS concerning your Form I-485 to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

Our records show that your I-485 is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

If you have any further questions, please call the National Customer Service Center 1-800-375-5283.

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11. and click on "Change Your Address Online."

Thank you,
XM1259

----------------------------------
Online Services

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT F2

**The Emails, calls and Co-responses to/from the USCIS between the Petitioners and the USCIS after the Petitioners moved to West Palm Beach, Florida during the period from June of 2014 to December 2014**



U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

**U.S. Citizenship and
Immigration Services**

Wednesday, September 3, 2014

YAN JIN
22000 PORTOFINO CIRCLE APT 112
PALM BEACH GARDENS FL 33418

Dear Yan Jin:

On 08/18/2014 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/19/2013 |
| **Receipt #:** | SRC-13-902-52987 |
| **Referral ID:** | SR12301401465TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A087799469 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

On 1August 18, 2014, you or your representative contacted USCIS concerning your I-485 application to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

Our records show that your I-485 application is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

------------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

WPB 3211 4002 00TSC

U.S. CIS - 09-03-2014 03:47 PM CDT - SRC-13-902-52987

*Palm Beach*



U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

# U.S. Citizenship and Immigration Services

Thursday, June 26, 2014

YAN JIN
22000 PORTOFINO CIRCLE APT 112
PALM BEACH GARDENS FL 33418

Dear Yan Jin:

On 06/25/2014 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | Information not available |
| **Receipt #:** | SRC-13-902-52987 |
| **Referral ID:** | CA11761403359TSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A087799469 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

We have updated your address in our electronic system with the new information you gave during your call.

We hope this information is helpful to you.

-------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
*Using our Case Status Online tool;
*Signing up for case status updates;
*Checking processing times;
*Submitting an e-Request to inquire about certain applications and petitions;
*Using our Office Locator;
*Using InfoPass to schedule an appointment; and
*Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185



**U.S. Citizenship and
Immigration Services**

Friday, August 1, 2014

JIE CHEN
22000 PORTOFINO CIRCLE, APT 112
PALM BEACH GARDENS FL 33418

Dear Jie Chen:

On 07/17/2014 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller indicated they are: | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/17/2013 |
| **Receipt #:** | SRC-13-902-52988 |
| **Referral ID:** | SRI1981402047TSC |
| Beneficiary (if you filed for someone else): | Information not available |
| **Your USCIS Account Number (A-number):** | A087799470 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

On July 17, 2014, you or your representative contacted USCIS concerning your Form I-485 to notify us that you believe your case is outside of our normal processing time. Below is a summary of what we found and how the issue has been or may be resolved.

Our records show that your Form I-485 is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

We hope this information is helpful and appreciate your continued patience.

Thank you,
XM1310

------------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:

* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;

Gmail - Please help to investigate and push the abnormal process of my I_485 application     Page 1 of 2



YAN JIN <jy.usip@gmail.com>

## Please help to investigate and push the abnormal process of my I_485 application

2 messages

---

**YAN JIN** <jy.usip@gmail.com>                                                  Fri, Jul 18, 2014 at 11:12 PM
To: TSC-Premium.Processing@dhs.gov

Dear Officer:

The purpose for this email is asking for help to investigate and push the abnormal process of my I-485 application.

The I-485 application form was filled and sent to Texas USCIS on Apr 12, 2013 when I lived in New York and received by them on Apr 15, 2013. My bio metrics information was collected on May 13,2013. Since then, the status was always displayed as "Acceptance" on USCIS' web site.

Definitely, I can't wait and do nothing about that. I called their national service center, wrote 3-4 times email, did E-request and required infopass. However, the only reply from USCIS is same---"pending jurisdiction". It is **15** months since I applied for my green card. The only answer can't explain the abnormal waiting period. It is extremely out of the line.

When I moved to Florida at the end of June, 2014, I updated my address and did E-request once again. The online status is changed to "initial review". But the reply of E-request was still "pending jurisdiction".

I don't want to explain again and again how my life can be affected for USCIS's abstain from mandatory act. Please let me know how you can help me and if the writ of mandamus is the only solution I can seek if the case is stuck there for 2 years.

Here is my personal information:

 Name Yan Jin; receipt number is SRC 13-902-52987, alien number is A087799469.

This email can be kept as evidence to certify that I keep on working for my green card.

Thank you

Yan Jin

---

**YAN JIN** <jy.usip@gmail.com>                                                  Tue, Oct 28, 2014 at 2:18 PM
To: TSC-Premium.Processing@dhs.gov

Dear Officer:

The purpose for this email is asking for help to investigate and push the abnormal process of my I-485 application.

The I-485 application form was filled and sent to Texas USCIS on Apr 12, 2013 when I lived in New York and received by them on Apr 15, 2013. My bio metrics information was collected on May 13,2013. Since then, the status was always displayed as "Acceptance" on USCIS' web site.

I called USCIS national service center, wrote many times email, did E-request and required infopass. However, the only reply from USCIS is same---"pending jurisdiction". It is **19** months since I applied for my green card. The only answer can't explain the abnormal waiting period. It is extremely out of the bottom line.

When I moved to Florida at the end of June, 2014, I updated my address and did E-request once again. The online status is changed to "initial review". But the reply of E-request was still "pending jurisdiction".

My life is seriously affected by it. Please issue me my document if you can not find any excuse to reject.

Here is my personal information:
 Name Yan Jin; receipt number is SRC 13-902-52987, alien number is A087799469.

This email can be kept as evidence to certify that I keep on working for my green card.

Thank you

Yan Jin

Gmail - USCIS Service Request Confirmation



YAN JIN <jy.usip@gmail.com>

## USCIS Service Request Confirmation
1 message

**USCIS-CaseStatus@dhs.gov** <USCIS-CaseStatus@dhs.gov>                    Sun, Jul 6, 2014 at 10:05 PM
To: jy.usip@gmail.com

Thank you for your request:
USCIS will review and process the request
Expect a reply by July 28, 2014
Your request ID number is SR11871401632TSC



YAN JIN <jy.usip@gmail.com>

## Your recent inquiry (receipt #SRC-13-902-52987)
1 message

---

**USCIS** <USCIS-CaseStatus@dhs.gov>                              Thu, Jul 17, 2014 at 4:42 PM
To: jy.usip@gmail.com

U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

U.S. Citizenship and Immigration Services
Thursday, July 17, 2014

Emailed to jy.usip@gmail.com

Dear Yan Jin:

On 07/06/2014 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 04/19/2013

Receipt #:
-- SRC-13-902-52987

Referral ID:
SR11871401632TSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 087799469

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

Our records show that your I-485 is currently pending adjudication. We regret that we are unable to provide you with a completion date at this time. We apologize for the delay.

Gmail - Your recent inquiry (receipt #SRC-13-902-52987)

We hope this information is helpful and appreciate your continued patience.

XM1235
-----------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT F3

## The Emails to/from the U.S. Senator for Florida, Marco Rubio

8/18/2014
Privacy Release Form - How Can Marco Help? - U.S. Senator for Florida, Marco Rubio

# U.S. Senator for Florida, Marco Rubio

**Casework Privacy Statement**

Before Senator Marco Rubio can make inquiries on your behalf, many federal agencies require that you send us a signed copy of the Privacy Act Waiver. Please fill out the information below, then manually fill in your Social Security number and sign the document before mailing or faxing to Senator Rubio's office.

Under the provisions of the Privacy Act of 1974, I hereby request and authorize Senator Rubio to intercede on my behalf, including the right to review all appropriated documentation that he or his staff deems necessary in connection with the application for assistance or any other action I have pending with the agency named below. I understand that any documents I provide to Senator Rubio or his staff may be copied and forwarded to officials of federal agencies involved in executing my request for assistance. I further understand that all federal agencies are allowed a minimum of 30 days to respond to congressional inquiries.

\* Please note: This form is for printing only. This information will not be transferred by email or submitted into a database.

| | |
|---|---|
| **Full Name:** | Yan Jin |
| **Email Address:** | jy.usip@gmail.com |
| **Telephone:** | 3474763566 |
| **Address 1:** | 22000 Portofino Circle apt 112 |
| **Address 2:** | Address 2 |
| **City, ZIP Code:** | PALM BEACH GARDENS, 33418 |
| **County:** | Florida |
| **Date of Birth:** | 02/16/1975 |
| **Social Security Number:** | 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 |
| **Federal Agency Involved:** | USCIS |
| **Veteran's Claim Number:** | |
| **Military Branch of Service:** | |
| **Military Rank:** | |
| **Alien Registration Number:** | A087799469 |
| **On Behalf of Family Member:** | |
| **Other Office Contacted:** | Ombudsman's office in DC |
| **Telephone:** | 3474763566 |
| **Detailed Description of Problem:** | I have been waiting 16 months for my green card. I called USCIS, applied e-request, infopass. The only answer is "pending adjudication" |
| **Signature:** | Yan Jin      **Date:** 8/18/2014 |

Mail to:   there must be something wrong!
please help me to obtain my green card.
thank you. My I-485 receipt number: SRC1390252987



YAN JIN <jy.usip@gmail.com>

## Case Work needs Rubio's help from Yan Jin
2 messages

**YAN JIN** <jy.usip@gmail.com>                                    Tue, Oct 28, 2014 at 2:10 PM
To: casework@rubio.senate.gov

Dear Senator Rubio:

My name is Yan Jin, I need your help to push USCIS issue my green card since the process time is out of normal boundary.

Please see details in attachment.

Thanks you

Yan Jin

**3 attachments**

 **Jin1.pdf**
683K

 **Jin2.pdf**
541K

 **Jin3.pdf**
571K

**Rubio, Casework (Rubio)** <Casework_Rubio@rubio.senate.gov>        Wed, Oct 29, 2014 at 11:32 AM
To: YAN JIN <jy.usip@gmail.com>

The Office of U.S. Senator Marco Rubio received your correspondence by email, which included the Privacy Act Consent Form. I forwarded your information to our South Florida office so that a member of our casework staff can assist you. Your case will be assigned to a caseworker so you can expect to receive written notification once that is complete. If you have any questions about your case, please call (305) 318-8553.

Thank you for allowing us to assist you.

Sincerely,

Melissa

**From:** YAN JIN [mailto:jy.usip@gmail.com]
**Sent:** Tuesday, October 28, 2014 2:11 PM
**To:** Rubio, Casework (Rubio)
**Subject:** Case Work needs Rubio's help from Yan Jin

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT F4

**The Copies of the Petitioners' confirmations
for the appointments via *Infopass***

9/11/2014 InfoPass..



Confirmation No.:



Personal Identification Number:
(PIN)                                              35726

** IMPORTANT ** Please print this letter or make a note of the Confirmation No. and PIN shown above. You will need these to Cancel or Reschedule your appointment.

| | |
|---|---|
| Name: | **Yan Jin** |
| Zip Code: | **33418** |
| Appointment Type: | **Permanent Resident Card** |
| Confirmation No.: | **WPB-14-10774**          Authentication Code: **84cc** |
| PIN: | **35726** |
| Appointment Date: | **September 24, 2014**          Appointment Time: **9:35 AM** |
| Location: | **9300 BELVEDERE ROAD, Royal Palm Beach, FL 33411; LOBBY** |

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order that we may serve you more efficiently, we recommend that you bring all applicable immigration forms, letters, receipts and supporting documents. If translations are used, they should be certified. Please bring the original documents as well.
- To cancel your appointment, please visit http://infopass.uscis.gov, select a language and choose the option "Cancel your Appointment". You will need the Confirmation Number and Personal Identification Number listed at the top of this letter, to complete the cancellation steps.
- Open House at the West Palm Beach Office at 9300 Belvedere Road Royal Palm Beach, FL 33411. Wednesday March 27th from 5pm to 7pm. Naturalization Workshop will be provided. Meet the staff and recieve informational material/tours.

11/3/2014                                    InfoPass..



Confirmation No.:



Personal Identification Number:      *07342*
(PIN)

**\*\* IMPORTANT \*\*** Please print this letter or make a note of the Confirmation No. and PIN
shown above. You will need these to Cancel or Reschedule your appointment.

| | |
|---|---|
| Name: | **Yan Jin** |
| Zip Code: | **33418** |
| Appointment Type: | **Speak to immigration officer** |
| Confirmation No.: | **WPB-14-13122** | Authentication Code: | **84cc** |
| PIN: | **07342** | | |
| Appointment Date: | **November 17, 2014** | Appointment Time: | **8:45 AM** |
| Location: | **9300 BELVEDERE ROAD, Royal Palm Beach, FL 33411; LOBBY** | | |

**Please be on time. Failure to show up on time will result in the cancellation of your appointment.
You will then need to reschedule your appointment. You will not be admitted more than 15
minutes before your scheduled appointment time.**

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification,
  passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card.
  (Green Card)
- In order that we may serve you more efficiently, we recon
  immigration forms, letters, receipts and supporting docume
  should be certified. Please bring the original documents as
- To cancel your appointment, please visit http://infopass.us
  the option "Cancel your Appointment". You will need the
  Identification Number listed at the top of this letter, to cor
- Open House at the West Palm Beach Office at 9300 Bel
  33411. Wednesday March 27th from 5pm. to 7pm. Natí
  Meet the staff and recieve informational material/tours.

Welcome to the West Palm
Beach
Field Office
Please listen for your ticket to
announce and display on the
monitor.

8:37 AM

Your Number is

# E15

11/17/2014 8 37 AM

PLAINTIFFS' COMPLAINT FOR MANDAMUS AND INJUNCTIVE RELIEF
*Yan Jin and Jie Chen (A087799469/A087799470)*

# EXHIBIT F5

**A copy of one of those responses from
USCIS to the Plaintiffs showed an incorrect
receipt and alien number for Ms. Jin**



U.S. Department of Homeland Security
P. O. BOX 851488 - DEPT. A
TEXAS SERVICE CENTER
MESQUITE,TX 75185

# U.S. Citizenship and
# Immigration Services

Wednesday, October 29, 2014

YAN JIN
22000 PORTOFINO CIRCLE APT 112
PALM BEACH GARDENS WA 33418

Dear Yan Jin:

On 10/15/2014 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| Caller indicated they are: | Applicant or Petitioner |
|---|---|
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 01/20/2009 |
| **Receipt #:** | SRC-09-082-51328 |
| **Referral ID:** | WKD28814057647SC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A095405813 |
| **Type of service requested:** | Non-Delivery of Other Notice |

*This is not Yan Jin's Case. USCIS sent to Yan Jin by mistake.*

The status of this service request is:

Although our systems reflect a pending Application for Adjustment of Status, Form I-485, the records also show that your application is an Executive Office for Immigration Review (EOIR) case.  The Form I-485 receipt is for data entry purposes only, in order for the Executive Office for Immigration Review (EOIR) to have your information in the USCIS database systems.  EOIR currently has jurisdiction over your case.  Please contact the EOIR to receive information regarding your case status.

Refer to this website to contact your specific court:

http://www.justice.gov/eoir/sibpages/ICadr.htm

What You Can Do
Please see the "Online Services" below to check the status of your case in the future.

We hope this information is helpful to you.

XM0160
-------------------------------
Online Services
We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:
* Using our Case Status Online tool;

* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator;
* Using InfoPass to schedule an appointment; and
* Downloading forms.

Address Changes

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information

If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).